BOYDEN *v.* CALIFORNIA.

No. 344, Misc.   Decided April 3, 1961.

Petitioner *pro se.*

*Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David R. Caldwell,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.